**Electronically Filed
Supreme Court
SCWC-12-0000724
08-FEB-2016
12:13 PM**

SCWC-12-0000724

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

HERBERT BROWN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000724; CR. NO. 03-1-0926)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Herbert Brown's

Application for Writ of Certiorari, filed on December 26, 2015,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 8, 2016.

Barry L. Sooalo
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

